EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MORGANS GROUP LLC and MORGANS HOTEL
GROUP MANAGEMENT LLC,                                    Index No. 10 CV 5225
                                                         AFFIDAVIT OF SERVICE
                    Plaintiff(s),
        -against-

JOHN DOE COMPANY d/b/a HUDSON TERRACE,
MICHAEL SINENSKEY and SEAN McGARR,

                    Defendant(s).
-------------------------------------------------------------------X
STATE OF NEW YORK    )
                     :s.s.:
COUNTY OF QUEENS     )

JONATHAN ALEJANDRO, being duly sworn, deposes and says:

I am not a party to this action, am over the age of eighteen years, and reside in the State of New York.

On the 19th day of July, 2010, at approximately 2:34 p.m. at 621 West 46th Street, New York, New York, I served true copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; FEDERAL RULE 7.1 DISCLOSURE STATEMENT; CIVIL COVER SHEET; INDIVIDUAL PRACTICES OF HONORABLE KIMBA M. WOOD; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN and ELECTRONIC CASE FILING RULES & INSTRUCTIONS, in the above entitled-action, upon SEAN McGARR, defendant herein named, by personally delivering to and leaving thereat true copies of the above mentioned documents with Carly Masucci. At time of service, Ms. Masucci identified herself as an Event Planner for Hudson Terrace and as a person authorized to accept service of process for Sean McGarr. Ms. Masucci is a person of suitable age and discretion at the aforementioned address.

Ms. Masucci is a Caucasian female, approximately 24-28 year of age, 5'4" tall, 125 lbs, with light hair and light eyes.

On the 19th day of July, 2010, I completed the service of the SUMMONS IN A CIVIL ACTION; COMPLAINT; FEDERAL RULE 7.1 DISCLOSURE STATEMENT; CIVIL COVER SHEET; INDIVIDUAL PRACTICES OF HONORABLE KIMBA M. WOOD; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN upon SEAN McGARR, defendant herein named, pursuant to CPLR 308, via First Class Mail. Such service was made by personally enclosing a true and correct copy of the aforementioned document in a properly addressed, postage paid, securely fastened wrapper bearing the legend "personal and confidential", and not indicating by return address or otherwise that such communication was from an attorney or concerned an action pending against him, and then depositing it into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to:

Sean McGarr
621 West 46th Street
New York, NY 10036

Sworn to before me this,
19th day of July, 2010

NOTARY PUBLIC

CLENDY J. CALDERON
Notary Public, State of New York
No. 01CA6115564
Qualified in Queens County
Commission Expires September 7, 2008 13

JONATHAN ALEJANDRO
License No. 1301531